Present —
Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

MARION T. McLANE, Respondent, v. ELLICOTT SQUARE COMPANY OF BUFFALO, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JULIA M. MILLER, as Administrator of the Estate of BARBARA MILLER, Deceased, Appellant, v. ROCHESTER TRANSIT CORPORATION, Respondent, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

GUST ANDERSON, Respondent, v. SOCONY-VACUUM OIL CO., INC., et al., Appellants. WILLIAM A. OSTHAGEN, Respondent, v. SAME, Appellants. CATHERINE C. ROACH, Respondent, v. SAME, Appellants. JOSEPH E. FULLER, Respondent, v. SAME, Appellants. HAROLD F. FITCH, Respondent, v. SAME, Appellants. WITTLIN STEEL CORPORATION, Respondent, v. SAME, Appellants. LEON A. PAGE, Respondent, v. SAME, Appellants. N. B. I. CORPORATION, Respondent, v. SAME, Appellants. WILLIAM CAIRNS, Respondent, v. SAME, Appellants. FIRST NATIONAL BANK OF FALCONER, Respondent, v. SAME, Appellants. WILLIAM GOODHEART, Respondent, v. SAME, Appellants. EVELYN LEONHART, Respondent, v. SAME, Appellants. WILLIAM G. OSBORNE, Respondent, v. SAME, Appellants. GUY B. SAXTON, Respondent, v. SAME, Appellants. WILLIAM A. BRADSHAW, JR., Respondent, v. SAME, Appellants. RUDOLPH ANDERSON, Respondent, v. SAME, Appellants. C. RAY LOVEJOY, Respondent, v. SAME, Appellants. CURTH A. SWANSON, Respondent, v. SAME, Appellants. LOREEN D. SELKREGG, Respondent, v. SAME, Appellants. V. M. PHILLIPS, Respondent, v. SAME, Appellants. CONRAD A. JOHNSON, Respondent, v. SAME, Appellants. ERNEST CAWCROFT, Respondent, v. SAME, Appellants. CLYDE L. EMERY, Respondent, v. SAME, Appellants. NIAGARA FRONTIER EXHIBITION CORPORATION, Respondent, v. SAME, Appellants. JAMESTOWN MUTUAL INSURANCE COMPANY, Respondents, v. SAME, Appellants. ELLIOTT D. ROOT, Respondent, v. SAME, Appellants. MILDRED DAWSON, Respondent, v. SAME, Appellants. LEAH B. COATES, Respondent, v. SAME, Appellants. ROBERT EDWARDS et al., Respondents, v. SAME, Appellants. JULIUS BLAHA, Respondent, v. SAME, Appellants. ARNOLD E. LINDSTROM, Respondent, v. SAME, Appellants. VICTOR WAGNER, Respondent, v. SAME, Appellants. HOWARD L. AKIN, Respondent, v. SAME, Appellants. HELEN A. YAW, Respondent, v. SAME, Appellants. EUGENE W. TAYLOR, Respondent, v. SAME, Appellants. HELEN SCHWARTZ, Respondent, v. SAME,

Appellants. WILLIAM OHLE, Respondent, v. SAME, Appellants. MARY CAMP-BELL DOW, Respondent, v. SAME, Appellants. TINKHAM BROS., INC., Respondent, v. SAME, Appellants. CLAYTON A. RUGG, Respondent, v. SAME, Appellants. THEODORE WIGTON et al., Respondents, v. SAME, Appellants. MARY W. REYNOLDS, Respondent, v. SAME, Appellants. ROSS CARDINALE, Respondent, v. SAME, Appellants. LAKE VIEW CEMETERY ASSOCIATION, Respondent, v. SAME, Appellants. WELLMAN REALTY CORPORATION, Respondent, v. SAME, Appellants. JAMESTOWN SAMPLE FURNITURE CORPORATION, Respondent, v. SAME, Appellants. MICHAEL OLIVERI, Respondent, v. SAME, Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY RICCI, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HOWARD F. LEBUFF, Respondent, v. SEARS, ROEBUCK & COMPANY, Appellant, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

C. W. MUNN, Appellant, v. ROBERT BOASBERG, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

FRANK J. BASLOE, Respondent, v. MARTIN C. PEDERSEN et al., Appellants.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LOTTIE SCHWITZER, as Administrator of the Estate of CHARLES SCHWITZER, Deceased, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD